# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GREGORY SCOTT GARRISON**                                                              **PLAINTIFF**

**V.**                                   **4:10CV01604 WRW-BD**

**KARL BYRD,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere (Doc. No. 11). The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendants Blackburn, Phillips, Simpson, O'Malley, and the Doe Defendants from the Donley County Sheriff's Office and the Texas Highway Patrol Division are DISMISSED without prejudice. In addition, the new claims raised in the second amended complaint[1] are DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of January, 2011.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 9.