# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GREGORY SCOTT GARRISON**                                         **PLAINTIFF**

**V.**                              **4:10CV01604 WRW-BD**

**KARL BYRD,** *et al.*                                            **DEFENDANTS**

## ORDER

I have received the Partial Recommended Disposition from Magistrate Judge Beth Deere (Doc. No. 31). Plaintiff filed a response[1] that seeks to withdraw the Motion to Amend.[2] After careful review of the recommendation, as well as a *de novo* review of the record, I conclude that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

In light of Plaintiff's response requesting to withdraw his motion, Plaintiff's Motion to Amend the Complaint (Doc. No. 17) is DENIED as moot.

IT IS SO ORDERED, this 26th day of January, 2011.

/s /Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 39.

[2] Doc. No. 17.

1