UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREGORY SCOTT GARRISON,
ADC # 601544                                                                                          PLAINTIFF

V.                           No. 4:10CV01604-BRW-BD

KARL BYRD, et al.                                                                                  DEFENDANTS

## ORDER

Plaintiff Gregory Scott Garrison, an inmate at the Faulkner County Detention Center, filed this action *pro se* under 42 U.S.C. § 1983 on November 9, 2010. The remaining claim is deliberate indifference to serious medical needs. Mr. Garrison has requested trial by jury (docket entry #2).

Dispositive motions may be filed on or before June 8, 2011. Absent the filing of dispositive motions, the Court will appoint counsel for the Plaintiff and notify Judge Billy Roy Wilson that a jury trial setting on his docket is appropriate.

IT IS SO ORDERED this 11th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE