UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREGORY SCOTT GARRISON,
ADC # 601544                                                                                    PLAINTIFF

V.                              No. 4:10CV01604-BD

KARL BYRD, et al.                                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE